**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RALPH HOWARD BLAKELY, | No. 20-35120 |
| Plaintiff-Appellant, | D.C. No. 2:18-cv-00081-TOR |
| v. | |
| PATRICK PETERSON, PAC; DEBORAH J. TONHOFER, Dr., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Eastern District of Washington
Thomas O. Rice, District Judge, Presiding

Submitted June 21, 2021[**]

Before:      SILVERMAN, WATFORD, and BENNETT, Circuit Judges.

Washington state prisoner Ralph Howard Blakely appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging

deliberate indifference to his serious medical needs. We have jurisdiction under 28

U.S.C. § 1291. We review de novo, *Hamby v. Hammond*, 821 F.3d 1085, 1092

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 2016), and we affirm.

The district court properly granted summary judgment because Blakely failed to raise a genuine dispute of material fact as to whether defendants were deliberately indifferent to his medical needs, including his alleged need for a wheelchair. *See Toguchi v. Chung*, 391 F.3d 1051, 1057-60 (9th Cir. 2004) (a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to inmate health; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**

20-35120